**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRANDON T. KNAULS**                                                           **PLAINTIFF**
**ADC #157793**

**v.**                                   **Case No: 4:25-cv-00948-LPR**

**MICHAEL HALLMAN, et al.**                                                  **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States

Magistrate Judge Edie R. Ervin (Doc. 5).  No objections have been filed, and the time for doing so

has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case

record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and

conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure

to comply with the Court's September 16, 2025 Order, pay the filing fee, and prosecute this

lawsuit.  The Clerk is directed to close this case.  The Court certifies, pursuant to 28 U.S.C.

§ 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment

would not be taken in good faith.

IT IS SO ORDERED this 17th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE