**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRANDON T. KNAULS**                                                    **PLAINTIFF**
**ADC #157793**

**v.**                          **Case No: 4:25-cv-00948-LPR**

**MICHAEL HALLMAN, et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment

or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 17th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE